# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **KEVIN DAVIS, on behalf of himself and all others similarly situated** ) ) ) *Plaintiff* ) ) v. ) ) **1STDIBS.COM, INC.** ) ) *Defendant* ) | Civil Action No. 1:21-cv-05131 |

## AFFIDAVIT OF SERVICE

I, Jonathan DiBello, being duly sworn, state:

The undersigned being duly sworn, deposes and says: Jonathan DiBello is not a party to the action, is over 18 years of age and resides at 43 Nyack Ave, FL 1, Lansdowne, PA 19050.

I served the following documents on 1stdibs.com, Inc. in New Castle County, DE on June 21, 2021 at 11:24 am at 1209 N Orange St, Wilmington, DE 19801 by leaving the following documents with Robin Banks who as Clerk at CT Corporation System is authorized by appointment or by law to receive service of process for 1stdibs.com, Inc..

Summons
Complaint
Civil Cover Sheet
Initial Order
Judge's Individual Rules

Additional Description:
I served Robin Banks, clerk for Registered Agent CT Corporation System.

Black or African American Female, est. age 50, glasses: Y, Black hair, 140 lbs to 160 lbs, 5' 3" to 5' 6".
Geolocation of Serve: http://maps.google.com/maps?q=39.74826855,-75.54741731

I DECLARE UNDER PENALTY OF PERJURY THAT THE FACTS HEREIN ARE TRUE AND

CORRECT.

Executed in   Delaware County  ,   PA   on   6/24/2021  .

*Jonathan DiBello*
Signature
Jonathan DiBello
(215) 495-3618