UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x

| | |
|---|---|
| KEVIN DAVIS, on behalf of himself and all others similarly situated, | Index No.: 21-cv-5131-JMF |
| Plaintiffs, | **NOTICE OF APPEARANCE** |
| -against- | |
| 1STDIBS.COM, INC., | |
| Defendant. | |

---------------------------------------------------------x

To:   The Clerk of Court and all parties of record

PLEASE TAKE NOTICE that Matthew F. Putorti, an attorney duly admitted to practice in this Court, hereby appears as Counsel for Defendant, 1stdibs.com, Inc., as of the date herein and requests that copies of all filings, papers served, and correspondence be furnished to him and that he be added to the Service List in this case.

Dated: July 8, 2021
       New York, New York

PILLSBURY WINTHROP SHAW PITTMAN LLP

/s/ Matthew F. Putorti
Matthew F. Putorti
31 West 52nd Street
New York, New York 10019
matthew.putorti@pillsburylaw.com
Telephone: (212) 858-1379

*Attorneys for Defendant 1stdibs.com, Inc.*

4814-1012-0945